**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

|  |  |  |
|---|---|---|
| TAMARR MINOR, | : | No. 90 MAP 2021 |
| | : | |
| Appellant | : | Appeal from the Memorandum and |
| | : | Order of the Commonwealth Court |
| | : | at 230 MD 2021 dated September |
| v. | : | 27, 2021 |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION | : | |
| AND PAROLE, ET AL., | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  July 20, 2022**

AND NOW, this 20th day of July, 2022, the order of the Commonwealth Court is

**AFFIRMED**.